IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO RODRIGUEZ,

    Petitioner,               No.  CIV S-10-0048 LKK GGH P

    vs.

KATHLEEN L. DICKINSON, et al.,

    Respondent.

_____/

CARMELO RODRIGUEZ,

    Petitioner,               No.  CIV S-11-1244 KJN P

    vs.

G. SWARTHOUT                       RELATED CASE ORDER

    Defendant.

_____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 190(d), E.D. Cal. (2011).  Both actions are brought pursuant to 28 U.S.C. § 2254, and both challenge the 2008 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole.  In Case No. CIV S-11-1244 KJN P, petitioner has consented to the jurisdiction of a U.S. Magistrate Judge.  Doc. 3.

1  The parties should be aware that relating the cases under Local Rule 190(d)
2  merely has the result that the actions are assigned to the same judge; no consolidation of the
3  actions is effected. Under the regular practice of this court, habeas cases involving the same
4  "conviction" are assigned to the same judge.
5  Therefore, IT IS ORDERED that the action denominated as No. CIV S-11-1244
6  KJN P is reassigned to Magistrate Judge Gregory G. Hollows for all further proceedings.
7  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-
8  11-1244 GGH P.
9  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
10  adjustment in the assignment of civil cases to compensate for this reassignment.
11  DATED: June 3, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH: AB
rodr1244.860